**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-2239**

SCOTT WEBBER,

                Petitioner - Appellant,

     v.

COMMISSIONER OF INTERNAL REVENUE,

                Respondent - Appellee.

Appeal from the United States Tax Court.  (Tax Ct. No. 14307-18L)

Submitted:  February 20, 2025                Decided:  February 24, 2025

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Scott Webber, Appellant Pro Se.  Michael J. Haungs, Supervisory Attorney, John Schumann, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Scott Webber appeals from the tax court's orders granting summary judgment in favor of the Commissioner and allowing the proposed levy action to proceed with respect to Webber's 2013 income tax liability and denying Webber's motion to alter or amend or to vacate the order. We have reviewed the record and find no reversible error. Accordingly, we affirm the tax court's orders. *Webber v. Comm'r of Internal Revenue*, Tax Ct. No. 14307-18L (U.S. Tax Ct. May 22, 2023; Aug. 25, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*